UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| VALENTUS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TASTES NATURAL, LLC, and JOSHUA YOUNG, <br><br> Defendants. | File No. 4:23-cv-04040-LLP <br><br><br> **AMENDED NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Tastes Natural, LLC, and Joshua Young, remove the subject action from the Second Circuit Court, Minnehaha County, South Dakota (49CIV23-000126) ("the Underlying Action"), to the United States District Court for the District of South Dakota, Southern Division, on the following grounds:

## BACKGROUND

1. On February 16, 2023, Plaintiff served Defendant Tastes Natural with a copy of the Summons and a copy of the Complaint and Demand for Jury Trial in the Underlying Action.  Affidavit of Service, Summons, Complaint, Exhibit A.

2. Defendant Joshua Young is the President of Tastes Natural.

3. Defendants Tastes Natural and Joshua Young join in and consent to the removal of the action.  28 U.S.C. § 1446(b)(2)(A).  Exhibit B.

4. Removal is permitted within thirty (30) days after the service of the Summons.  28

U.S.C. § 1446(b)(1).

5. Plaintiff alleges in the Complaint to have suffered "millions in damages in an amount to be proven at the time of trial."  See Complaint p. 14, ¶ 54, Exhibit A.

6. The Underlying Action is one over which the United States District Court has jurisdiction.  28 U.S.C. § 1441(a).

7. A United States District Court has original jurisdiction over actions where there is complete diversity of citizenship between the parties and where the amount in controversy exceeds $75,000.  28 U.S.C. § 1332(a).

## COMPLETE DIVERSITY

8. For purposes of diversity jurisdiction under 28 U.S.C. § 1332(a), a person is a citizen of a state when, at the time the lawsuit is commenced, that person has a physical presence in the state and intends to reside in that state.  *Janzen v. Goos,* 302 F.2d 421, 425 (8th Cir. 1962).

9. A corporation is deemed to be a citizen of every state by which it has been incorporated and of the state where it has its principal place of business.  28 U.S.C. § 1332(c)(1).

10. Plaintiff's headquarters are located in Sioux Falls, South Dakota.  Complaint  p. 1, ¶ 1, Exhibit A.

11. Defendants' principal place of business is located in Danbury, CT.  Complaint p. 1, ¶ 2, Exhibit A.  The names and citizenship of the individuals and entities whose citizenship are attributed to Tastes Natural, LLC, are:

- Joshua Young: 6293 Tessie Circle, Burington, KY 41005;

- Henry Schaffer: 98 Forty Acre Mountain Road, Danbury, CT 06811;

- Curtis Cook: 403 11 St NW Calgary, Alberta Canada;

- Arius Investments US Inc.: PO Box 70590, Vancouver, British Columbia Canada;

- Haley Capital Corporation: 69 Nadine Way, St Albert, Alberta Canada;

- Connecticut Innovations Incorporated: 470 James Street, Suite 008, New Haven, CT 06513;

- Deborah Fryer: 98 Forty Acre Mountain Road, Danbury, CT 06811.

12. Based on the foregoing, complete diversity exists and removal is proper.  28 U.S.C. § 1441.

## AMOUNT IN CONTROVERSY

13. For purposes of 28 U.S.C. § 1332(a), the amount in controversy alleged in the Complaint is "millions."  Complaint p. 14, ¶ 54, Exhibit A.

14.  Plaintiff has asserted a claim for damages in excess of $75,000, satisfying the amount in controversy requirement.

WHEREFORE, Defendants Tastes Natural, LLC, and Joshua Young remove this action from the Second Judicial Circuit Court in Minnehaha County, South Dakota, to the United States District Court for the District of South Dakota, Southern Division.

Dated May 24, 2023.

LYNN, JACKSON, SHULTZ & LEBRUN, P.C.

By: */s/ Ross M. Wright*
Ross M. Wright
110 N. Minnesota Avenue, Suite 400
Sioux Falls, SD  57104-6475
605-332-5999
rwright@lynnjackson.com
*Attorneys for Defendants*

4