UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| VALENTUS, INC., | \* | CIV 23-4040 |
| | \* | |
| Plaintiff, | \* | |
| | \* | |
| vs. | \* | JUDGMENT OF DISMISSAL |
| | \* | |
| TASTES NATURAL, LLC; and | \* | |
| JOSHUA YOUNG, | \* | |
| | \* | |
| Defendants. | \* | |
| | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Joint Motion to Dismiss, Doc. 27, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint against Defendants

is dismissed on the merits, with prejudice, each party to bear its own costs and fees.

Dated this 16ᵗʰ day of September, 2024.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW THELEN, CLERK